**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000743
14-SEP-2022
07:56 AM
Dkt. 77 ODMR**

NO. CAAP-18-0000743

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LUKELA S. MEYERS, Plaintiff-Appellant, v.
CHRISTINA K. MEYERS, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(FC-D NO. 15-1-0251)

ORDER DENYING MOTION FOR RECONSIDERATION AND DISMISSING
MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION
(By: Ginoza, C.J., and Leonard and Wadsworth, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Lukela S. Meyers's (**Appellant**) August 31, 2022 Motion for Extension of Time to File a Motion for Reconsideration, Appellant's September 6, 2022 Motion for Reconsideration, the papers in support, and the record, it appears that:

(1) On August 31, 2022, Appellant filed a motion requesting a five-day extension of time to file a motion for reconsideration of this court's Opinion, entered on August 25, 2022 (**Opinion**);

(2) On September 6, 2022, Appellant filed a timely motion for reconsideration of the Opinion, pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40.

(3) The motion for reconsideration presents no point of law or fact that this court overlooked or misapprehended. See HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

IT IS FURTHER ORDERED that the Motion for Extension of Time to File a Motion for Reconsideration is dismissed as moot.

DATED:  Honolulu, Hawaiʻi, September 14, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Kathering G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge